IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH V. FISHER,

     Plaintiff,

  v.

A. HERRICK, *Corrections Staff*, LT.
CLARKE, *Superintendent*, MRS. GEDDES,
*Programs Manager*, J. COCKRAM,
*Discrimination Co.*, MRS. FUZI, *Law
Library Co*.,

     Defendants.

Case No. 2:25-cv-01737-AB

ORDER

**Baggio, District Judge:**

  Plaintiff, an adult in custody at the Powder River Correctional Facility, brings this civil rights action pursuant to 42 U.S.C. § 1983. He alleges Defendants have retaliated against him for filing a discrimination complaint and grievances.

  Plaintiff filed a Motion for Leave to File an Amended Complaint raising a new retaliation claim alleged to have occurred after Plaintiff initiated this litigation. *See* Mot. (ECF No. 5); Am. Compl. at 15-16 (ECF No. 5-1). His request to amend is therefore more appropriately considered a request to supplement. *See Cabrera v. City of Huntington Park*, 159 F.3d 374, 382 (9th Cir. 1998) ("Rule 15(d) permits the filing of a supplemental pleading which introduces a cause of action not alleged in the original complaint and not in existence when the original complaint was filed.").

1 - ORDER

Accordingly, Plaintiff's Motion for Leave to File an Amended Complaint, construed as a motion to supplement, is GRANTED.

Plaintiff also filed a Motion for Partial Summary Judgment. Mot. Summ. J. (ECF No. 7); Pl's Aff. (ECF No. 8). Defendants have not yet filed an answer or other responsive pleading. Plaintiff's Motion for Partial Summary Judgment is therefore DENIED as premature and without prejudice to his right to refile the Motion at a later stage of litigation.

## CONCLUSION

For the reasons explained above, Plaintiff's Motions for Leave to File an Amended Complaint, construed as a motion to supplement, (ECF No. 5) is GRANTED and Plaintiff's Motion for Partial Summary Judgment (ECF No. 7) is DENIED as premature and without prejudice to his right to refile the Motion at a later stage of litigation.

IT IS SO ORDERED.

01/21/2026
_____
DATE

*Amy M. Baggio*
_____
Amy M. Baggio
United States District Judge

2     - ORDER